SAMUEL TAXIN and Another, Appellants, v. UNITED STATES CASUALTY COMPANY, a Domestic Corporation, Respondent.— Judgment affirmed, with costs. No opinion. Present — McAvoy, Merrell, Martin, O'Malley and Sherman, JJ.

In the Matter of the Application of THE CITY OF NEW YORK, Relative to Acquiring Title, etc., Required for the Southerly Extension of Sixth Avenue, from Carmine Street to Laight Street, and the Widening of Watts Street on the Northerly Side between Varick Street and Thompson Street, in the Borough of Manhattan, City of New York, Together with Additional Lands to Be Acquired in Connection Therewith, as Shown upon a Map Adopted by the Board of Estimate and Apportionment, etc., and Approved by the Mayor, as Further Amended by an Order of the Supreme Court of the State of New York, First Judicial District, etc.— Final decree so far as appealed from affirmed, with costs. No opinion. Present — McAvoy, Merrell, Martin, O'Malley and Sherman, JJ.; Sherman, J., dissents.

In the Matter of the Application of THE CITY OF NEW YORK, Relative to Acquiring Title, etc., Required for the Southerly Extension of Sixth Avenue, from Carmine Street to Laight Street, and the Widening of Watts Street on the Northerly Side between Varick Street and Thompson Street, in the Borough of Manhattan, City of New York, Together with Additional Lands to Be Acquired in Connection Therewith, as Shown upon a Map Adopted by the Board of Estimate and Apportionment, etc., and Approved by the Mayor, as Further Amended by an Order of the Supreme Court of the State of New York, First Judicial District, etc.— Final decree so far as appealed from affirmed, with costs. No opinion. Present — McAvoy, Merrell, Martin, O'Malley and Sherman, JJ.; Sherman, J., dissents.

In the Matter of the Application of THE CITY OF NEW YORK, Relative to Acquiring Title, etc., Required for the Widening of Allen Street from Schiff Parkway (Delancey Street) to East Houston Street, and First Avenue, from East Houston Street to First Street, in the Borough of Manhattan, City of New York, Together with the Additional Lands to Be Acquired in Connection Therewith as Shown upon a Map or Plan Approved by the Board of Estimate and Apportionment of the City of New York, and Approved by the Mayor.— Final decree so far as appealed from affirmed, with costs. No opinion. Present — McAvoy, Merrell, Martin, O'Malley and Sherman, JJ.; Sherman, J., dissents.

CHRISTOPHER J. DUNN, Acting Commissioner of Public Welfare, etc., on the Complaint of LOUISE KELLER, Respondent, v. OTTO BUCK, Appellant.— Judgment affirmed. No opinion. Present — McAvoy, Merrell, Martin, O'Malley and Sherman, JJ.

MARGUERITE VEILLER, Appellant, v. AMERICAN PLAY COMPANY, INC., Respondent.— Judgment affirmed, with costs. No opinion. Present — McAvoy, Merrell, Martin, O'Malley and Sherman, JJ.

CHARLES A. BENTON, Respondent, v. SAFE DEPOSIT BANK OF POTTSVILLE, PENNSYLVANIA, Appellant.— Judgment affirmed, with costs. No opinion. Present — McAvoy, Merrell, Martin, O'Malley and Sherman, JJ.; Martin and O'Malley, JJ., dissent.

EVINS F. GLORE & SON, INC., Respondent, v. BENNETT ROSE and Others, Defendants, Impleaded with HENRY HAUER, INC., and CAPITAL CITY SURETY COMPANY, Appellants, and FREED HEATER COMPANY and Others, Respondents.— Judgment affirmed, with costs. No opinion. Present — McAvoy, Merrell, Martin, O'Malley and Sherman, JJ.